# UNITED STATES DISTRICT COURT
## District of Minnesota

Fernanda Michelle Mejia,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-943 (KMM/DTS)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for a Writ of Habeas Corpus is **GRANTED**.
2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that she is subject to such mandatory detention.
3. The Court **ORDERS** Respondents to immediately release Fernanda M.M., and no later than 4:00 p.m. on February 6, 2026. Because the Court previously ordered Fernanda M.M. to be returned to the District if she had been moved, the Court assumes that she will be released in Minnesota. She should be released with all her property and unconditionally.
4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred, and when it occurred. If Petitioner was removed from the District and has not been returned as previously ordered, Respondents should immediately notify the Court of when she will be returned and released.

Date: 2/6/2026

KATE M. FOGARTY, CLERK